| MULBERRY LEGAL SERVICES, INC.<br>2101 Vista Parkway<br>Suite 103<br>West Palm Beach, FL 33411<br>Phone: (561) 624-0526<br>Fax: (561) 624-0576<br>Tax I.D. 26-0080846 | **INVOICE** | Invoice #MLS-2021000229<br>1/22/2021<br> |
|---|---|---|

Gregory S. Sconzo*
LAW OFFICE OF GREGORY S. SCONZO, P.A.
5080 PGA BLVD.
SUITE 213
PALM BEACH GARDENS, FL 33418

**Case Number: SOUTHERN 9:21-CV-80072-DMM**

Plaintiff:
**ARIEL CROSS**

Defendant:
**CRAIG R. JAYROE D.D.S., LLC; ETC.**

Received: 1/20/2021   Served: 1/20/2021 11:00 am  .LLC PERSON IN CHARGE
To be served on: CRAIG R. JAYROE D.D.S., LLC. BY SERVING ITS REGISTERED AGENT, LARRY S. JAYROE

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Summons (Florida) | 1.00 | 45.00 | 45.00 |
| E-Mail Retrieval | 14.00 | 0.15 | 2.10 |
| TOTAL CHARGED: | | | $47.10 |
| **BALANCE DUE:** | | | **$47.10** |

IT HAS BEEN A PLEASURE SERVING YOU!

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.
INVOICES ARE DUE UPON RECEIPT.

IN THE EVENT OF COLLECTION, THE ATTORNEY/CLIENT WILL BE RESPONSIBLE FOR FEES AND ALL COSTS INCURRED.

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

| MULBERRY LEGAL SERVICES, INC.<br>2101 Vista Parkway<br>Suite 103<br>West Palm Beach, FL 33411<br>Phone: (561) 624-0526<br>Fax: (561) 624-0576<br>Tax I.D. 26-0080846 | **INVOICE** | Invoice #MLS-2021002276<br>6/25/2021<br><br>Original Date: 6/24/2021<br> |
|---|---|---|

Gregory Sconzo*
Sconzo Law Office, P.A.
3825 PGA Boulevard
Suite 207
Palm Beach Gardens, FL 33410

**Case Number: SOUTHERN 9:21-CV-80072-DMM**

Plaintiff:
**ARIEL CROSS**

Defendant:
**CRAIG R. JAYROE D.D.S., LLC; ETC.**

Received: 6/21/2021   Served: 6/23/2021 11:10 am  .SUBSTITUTE - RESIDENTIAL
To be served on: DELYNDA MARTINEZ

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Subpoena (Florida) | 1.00 | 45.00 | 45.00 |
| E-Mail Retrieval | 4.00 | 0.15 | 0.60 |
| TOTAL CHARGED: | | | $45.60 |

| **BALANCE DUE:** | | | **$45.60** |
|---|---|---|---:|

INVOICES ARE DUE UPON RECEIPT.

PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR CHECK.

For your convenience, MAJOR CREDIT CARDS ARE ACCEPTED.  Please let our office know if this is your preferred method of payment as a convenience fee applies.

**In the event of collection, the Attorney/Client will be responsible for fees and all costs incurred**

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u