**Order Number: 180371234-001**
**Order is modifiable**
**This order has NOT been invoiced**

*Order Information:*
**Order Date:** Monday, June 21, 2021
**CSR ID:** 0211
**Store Employee ID:** 0000879171
**Order Source:** JMillennia in Stores

*Delivery Information:*
**Estimated Date:** Friday, June 25, 2021 08:30 AM - 05:00 PM
**Status:** Held for Deposit , Deliver to Store
**Pick-Up Date:** Friday, June 25, 2021 08:30 AM - 05:00 PM
**Pickup Location:** Store Number 0211
**Pickup Proxy Information:**

*Customer Information:*

# Payment Information:
# Cash
# Amount    $1333.16

**Currency:** U.S Dollars
**Contact Information:**
OFFICE DEPOT
(561) 775- 2550

**Delivery Location:**
0211-PALM BEACH GARDNS

**Billing Address:**
2420 PGA BLVD
PALM BEACH GARDENS, FL 33410-3505
USA

**Shipping Address:**
2420 PGA BOULEVARD
PALM BEACH GARDENS,  FL  33410
USA

| # | Qty | BkOrd Qty | Qty Ship | Item Number | Description | Unit | Unit Price | Ext-Price | Orig Price | Action | Reason | Comments |
|---|-----|-----------|----------|-------------|-------------|------|-----------|-----------|------------|--------|--------|----------|
| 1 | 4 | 0 | 0 | 870284 | COPIES & FLYERS | EA | $121.100 | $484.40 | $0.00 | Order | | 1 folder |
| 2 | 2 | 0 | 0 | 870284 | COPIES & FLYERS | EA | $0.840 | $1.68 | $0.00 | Order | | 2nd folder |
| 3 | 2 | 0 | 0 | 870284 | COPIES & FLYERS | EA | $118.820 | $237.64 | $0.00 | Order | | |
| 4 | 4 | 0 | 0 | 870284 | COPIES & FLYERS | EA | $41.340 | $165.36 | $0.00 | Order | | |
| 5 | 1 | 0 | 0 | 390986 | ENGINEER PRINTS | EA | $107.670 | $107.67 | $0.00 | Order | | |
| 6 | 1 | 0 | 0 | 6185659 | EXPRESSFEE INHPRINT 25PERCHRG | EA | $249.188 | $249.19 | $249.19 | Order | | Express Fee |

**Sub Total:** $1245.94
**Delivery Charge:** $0.00
**Tax Percent:** 7.000 %
**Tax:** $87.22

# Office DEPOT
# OfficeMax

PALM BEACH GARDENS - (561) 775-2550
06/21/2021   1:36 PM



V2VT3P5PXQ566X4FM

SALE              211-5-9764-879171-21.6.2
         Subtotal:          1,333.16

Order Management Invoice # 1803712340013
Approval Code: 999999
------------
114318  JDA GMILL ORDE     1,333.16 E
             Total:         1,333.16
          Amex 1008:        1,333.16

AUTH CODE 826384
TDS Chip Read
AID A0000000025010801 AMERICAN EXPRESS
TVR 0000008000
CVS No Signature Required

---

Shop online at www.officedepot.com
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
**WE WANT TO HEAR FROM YOU!**
Visit survey.officedepot.com
and enter the survey code below:
**R6OH VSZH N1MN**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

If you're not satisfied with your purchase, you can return it, with the Original Receipt and all original packaging for a refund or exchange within 90 days for office supplies, 30 days for all unopened ink & toner or 14 days for technology, software and unassembled furniture. Open software, CDs, DVDs and video games may be exchanged for the same item only. Special orders are not returnable. See Tech Depot™ Services Terms and Conditions for separate return policy. Catalog and Web Purchases may be returned/exchanged in accordance with our policy Other restrictions apply. See store or visit officedepot.com for full details.

**Office Depot and OfficeMax Branded Products Guarantee**

Office Depot and OfficeMax Brand products (excluding ink & toner) may be returned at any time for any reason, with original receipt, for a full refund.

**ID may be required for returns.**

# Office DEPOT
# OfficeMax

### 100% Satisfaction Guarantee

If you're not satisfied with your purchase, you can return it, with the Original Receipt and all original packaging for a refund or exchange within 90 days for office supplies, 30 days for all unopened ink & toner or 14 days for technology, software and unassembled furniture. Open software, CDs, DVDs and video games may be exchanged for the same item only. Special orders are not returnable. See Tech Depot™ Services Terms and Conditions for separate return policy. Catalog and Web Purchases may be returned/exchanged in